UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAHUL DEV MANCHANDA, ESQ.,<br><br>                         Petitioner,<br><br>-against-<br><br>ATTORNEY GRIEVANCE COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, et al.,<br><br>                         Defendants. | 23-cv-03356 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      This case is closed and has been remanded to the Supreme Court of the State of New York, Appellate Division, First Department.  Any requests shall be directed to the Supreme Court of the State of New York, Appellate Division, First Department.

Dated: May 9, 2023
       New York, New York

                                                SO ORDERED.

                                                *Jennifer Rochon*
                                                JENNIFER L. ROCHON
                                                United States District Judge