UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAHUL DEV MANCHANDA, ESQ., <br><br> Petitioner, <br><br> -against- <br><br> ATTORNEY GRIEVANCE COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, et al., <br><br> Respondents. | 23-cv-03356 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Petitioner filed a letter on July 21, 2023 stating that he would like to "answer/file a claim against the Grievance Committee." This case was closed on May 9, 2023 and remanded to the Supreme Court of the State of New York, Appellate Division, First Department. ECF No. 7. At that time, Petitioner was directed to file any requests with that court. This case remains closed.

Dated: July 25, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge